Before Division Three: Karen King Mitchell, Presiding Judge, and Lisa White Hardwick and Anthony Rex Gabbert, Judges

### Order

Per Curiam:

Braulio Gomez appeals the denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Gomez argues that the motion court clearly erred in denying his claims because trial counsel was ineffective in failing to call two witnesses at Gomez's trial. But because trial counsel's decisions were based upon reasonable trial strategy, the motion court committed no error in overruling Gomez's motion. We affirm. Rule 84.16(b).

■

### Kristine ROHR–SHEIL, Appellant–Respondent,

v.

### Brendan B. SHEIL, Respondent–Appellant.

### WD 77695 and WD 77717

Missouri Court of Appeals, Western District.

ORDER FILED: August 25, 2015

R. Gregory Harrison, Liberty, MO, Counsel for Appellant–Respondent

Michael Svetlic, Kansas City, MO, Co–Counsel for Appellant–Respondent

Larry Buccero, Kansas City, MO, Counsel for Respondent–Appellant

Lindsey Van Fleet, Kansas City, MO, Co–Counsel for Respondent–Appellant

Before Division One: Cynthia L. Martin, P.J., Joseph M. Ellis, and James Edward Welsh, JJ.

### ORDER

Per Curiam:

Kristine Rohr–Sheil appeals the circuit court's Judgment and Decree of Dissolution of Marriage. Brendan Sheil cross-appeals. We affirm. Rule 84.16(b).

■

### STATE of Missouri, Respondent,

v.

### Jason J. BRIOR, Appellant.

### WD 77581

Missouri Court of Appeals, Western District.

ORDER FILED: August 25, 2015

Emmett Queener, Columbia, MO, Counsel for Appellant

Daniel McPherson, Jefferson City, MO, Counsel for Respondent

Before Division One: Cynthia L. Martin, P.J., Joseph M. Ellis, and James Edward Welsh, JJ.